# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2147
LT Case No. 10-2022-CF-94-A
_____

RICHARD COLIN COLSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

July 30, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____